DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE GUZMAN-ZARATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>v.<br><br>JOSE GUZMAN-ZARATE,<br><br>                *Defendant.* | No. 1:08-cr-0229 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: October 14, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for September 22, 2008, **may be continued to October 14, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and further negotiations. The requested continuance by continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: September 16, 2008     By:  /s/ Ian Garriquez
                                   IAN GARRIQUEZ
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 16, 2008     By:  /s/  Marc C. Ament
                                   MARC C. AMENT
                                   Assistant Federal Defender
                                   Attorney for Defendant

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    September 16, 2008**             /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE